IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
NOV 01 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| JEFFERSON WENTWORTH BOWDEN, | CV 17–115–M–DLC–JCL |
| Plaintiff, | ORDER |
| vs. | |
| ST. PATRICK HOSPITAL, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered his Findings and Recommendations in this case on August 28, 2017, recommending that Plaintiff Jefferson Wentworth Bowden's ("Bowden") Complaint be dismissed for failure to state a claim. Bowden failed to timely object to the Findings and Recommendations, and so waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

After reviewing the record and finding no clear error,

IT IS ORDERED that Judge Lynch's Findings and Recommendations (Doc. 4) are ADOPTED IN FULL. This matter is DISMISSED for failure to state a

claim.

The Clerk of Court is directed to close this matter and enter judgment in favor of Defendant pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. No reasonable person could suppose an appeal would have merit. The record makes plain the Complaint lacks arguable substance in law or fact.

The Clerk of Court is directed to have the docket reflect that this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g) because Bowden failed to state a claim upon which relief may be granted.

DATED this 1st day of November, 2017.

_____
Dana L. Christensen, Chief Judge
United States District Court